| | |
|---|---|
| Daniel Olmos (SBN 235319)<br>Nolan, Armstrong & Barton, LLP<br>600 University Avenue<br>Palo Alto, Ca. 94301<br>Tel. (650) 326-2980<br>Fax (650) 326-9704<br><br>Counsel for Defendant Sanjeev Bais | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>    v.<br><br>SANJEEV BAIS,<br><br>          Defendant. | Case No. CR 13-00252 DLJ<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE AND TO EXCLUDE**<br>**TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Thomas Moore, and Defendant Sanjeev Bais, through his attorney Daniel Olmos, that the status conference presently set for October 17, 2013, be continued to December 12, 2013, at 9:00 a.m. The reason for the request for continuance is that the parties have engaged in discussions regarding early resolution of the case, and defense counsel has agreed to provide discovery to the government which will require additional time for review.

In the previous stipulation filed with this Court, the parties indicated that they planned to engage in settlement discussions once defense counsel had the opportunity to review contents of

1

the digital media seized by law enforcement from Mr. Bais. The defense has completed its initial review of the media, and the parties have engaged in preliminary discussions regarding settlement. However, the defense intends to provide the government with additional discovery in this matter before the parties continue conferring. The parties agree that the status conference should be continued in order to allow defense counsel to provide the information to the government for its review.

The parties agree that the time between October 17, 2013, and December 12, 2013, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: October 11, 2013

NOLAN, ARMSTRONG & BARTON LLP

*/s/*
DANIEL B. OLMOS
Attorney for Defendant Sanjeev Bais

Dated: October 11, 2013

*/s/*
THOMAS MOORE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES, | Case No. CR 13-00252 DLJ |
|---|---|
| Plaintiff, | **[] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| SANJEEV BAIS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for October 17, 2013, at 9:00 a.m. is hereby rescheduled for December 12, 2013, at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between October 17 and December 12, 2013, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Dated: F❤Î H

_____
The Hon. D. Lowell Jensen
United States District Judge